**Order entered September 18, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00676-CV

### RUTH TORRES, Appellant

### V.

### MARIE DIAZ, ET AL., Appellees

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-08711**

## ORDER

Before the Court is appellant's September 6, 2018 "Motion for Order for Release of Court Records & Extension of Time to Resubmit Corrected Brief with Record References." Appellant who is presumed indigent, requests a supplemental clerk's record containing an additional 105 documents. In her motion, she states that each of these records was before the trial court and she maintains generally that these records are "important to fully provide the information for the Court of Appeals to make a determination."

After undertaking an extensive review of the clerk's records on file in this appeal and the list of requested documents, the Court has found that the following twenty-five documents totaling 995 pages are already included in the record:

1.       Plaintiff's Original Petition - filed July 20, 2016;

2.     Order Denying Defendant's Motion to Strike or Reconsider Temporary Injunction - signed June 6, 2018;

3.     Order on Plaintiff's Motion for Contempt and Sanctions - signed June 4, 2018;

4.     Order Granting Dallas/Fort Worth International Airport Board's Plea to the Jurisdiction - signed June 4, 2018;

5.     Supplemental Order on Plaintiff's Motion for Contempt and Sanctions - signed June 5, 2018;

6.     Dallas/Fort Worth International Airport Board's Plea to the Jurisdiction, Original Answer, Affirmative Defenses, and Jury Demand to Defendant Ruth Torres's Second Amended Counterclaim - filed April 12, 2018;

7.     Third-Party Defendant Dallas/Fort Worth International Airport Board's Plea to the Jurisdiction - filed May 14, 2018;

8.     Dallas/Fort Worth International Airport Board's First Supplement to Its Plea to the Jurisdiction, Original Answer, Affirmative Defenses, And Jury Demand to Defendant Ruth Torres's Second Amended Counterclaim - filed May 14, 2018;

9.     Defendant Torres's Answer to DFW Plea to the Jurisdiction - filed May 30, 2018;

10.     Dallas/Fort Worth International Airport Board's Reply to Defendant Torres's Answer to DFW's Plea to the Jurisdiction - filed June 1, 2018;

11.     Defendant's Letter to Court Requesting Orders - filed June 5, 2018;

12.     Notice of Appeal of Order Granting DFW's Plea to the Jurisdiction - filed June 6, 2018;

13.     Order Denying Defendant's Motion to Dismiss Under Texas Citizens Participation Act - signed June 6, 2018;

14.     Defendant's Answer to Original Petition and Counter-Claim - filed August 1, 2016;

15.     Special Exception on Plaintiff's Original Petition - filed January 17, 2018;

16.     Defendant Torres's Motion to Dismiss Under Texas Citizens Participation Act - filed - May 15, 2018;

17.     Plaintiff's Response in Opposition to Defendant Torres's Motion to Dismiss Under Texas Citizens Participation Act - filed May 29, 2018;

18. Defendant Torres's Motion for Leave to File Motion to Dismiss Under Texas Citizens Participation Act - filed May 30, 2018;

19. Order Denying Defendant's Motion to Reconsider Order on POE Parties' Motion to Dismiss - signed June 1, 2018;

20. Order Denying Defendant Torres's Motion for Summary Judgment - signed June 6, 2018;

21. Order Denying Defendant's Motion to Compel Discovery, for Protective Order and Sanctions - signed June 6, 2018;

22. Order Regarding Defendant's Motion for Sanctions and for Leave to File Amended Pleading - signed June 6, 2018;

23. Order Regarding Defendant's 3rd Motion for Leave to File Amended Pleading - signed June 6, 2018;

24. Defendant Ruth Torres's 3rd Amended Counter-Claim - filed May 29, 2018;

25. Order Denying Defendant's Motion for Recusal - signed June 7, 2018.

Additionally, the following requested documents are not listed on the trial court's docket sheet and are, therefore, unavailable for inclusion in a supplemental clerk's record: (1) "Email to court re TI on October 15, 2016;" (2) "Email to Judge re DFW Plea w/ cases attached;" and (3) "All ex-parte emails, calls or other communications between POE counsel & Judge directly or through staff."

Although we question the necessity of the requested additional numerous documents, we **GRANT** the motion as follows: We **ORDER** appellant to file, by **September 24, 2018**, an amended request with Felicia Pitre, Dallas County District Clerk, that excludes the twenty-five above-listed documents that are already included in the clerk's records on file in this appeal and those not on file with the trial court. We **ORDER** Ms. Pitre to file, by **October 1, 2018**, either a supplemental clerk's record containing the documents as set forth in appellant's amended request

that she is to file by September 24 or written verification no amended request was filed by September 24.

We **ORDER** appellant to file her corrected brief by **October 11, 2018** and caution her that further requests for extension will be *strongly* disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/     ADA BROWN
        JUSTICE